UNITED STATES of America,
Plaintiff–Appellee,

v.

Derrick Lamont EVANS, a/k/a Shank,
a/k/a Dechee Dan, a/k/a Big Head,
a/k/a Debo, Defendant–Appellant.

No. 15–7395.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 1, 2016.

Derrick Lamont Evans, Appellant Pro Se. Jennifer R. Bockhorst, Zachary T. Lee, Assistant United States Attorneys, Mary Kathleen Carnell, Office of the United States Attorney, Abingdon, Virginia, for Appellee.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Lamont Evans appeals the district court's order denying Evans' 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Evans*, No. 1:08–cr–00024–JPJ–RSB–1 (W.D.Va. Aug. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*